THIS being the day assigned for the trial of the record on which this suit was brought,

*Beers* now moved to bring it on, but it was objected for defendant, that there ought to have been a regular notice of trial of seven days, as in other cases, which had not been given.

The Court took time to consider how the practice ought to be settled.

*Per Curiam. The trial by record must hereafter always come on by a motion of four days, instead of the old practice of assigning a time, which the present rules render useless.*

## Swift *ads.* Sacket.

## Livingston *ads.* The same.

*Writ of Right.* EMOTT for the tenant moved on the first day of Term, that the demandants be called, and that for non-appearance their defaults be entered.

And now, it being the *quarto die poſt*, he again moved that the demandant be called to appear and excuſe his default, or that he be nonſuited. To ſhew that this was the correct practice, he cited 7 Viner Abr. 436 and 437. D. 9. 10.

*Scott* appeared for demandants, and without attempting to ſhew any ſufficient excuſe, read an affidavit that *Thompſon* was the attorney of record for the tenant; whereas it appeared from the clerk's minutes that the motion had been made on the firſt day by *Emott* in behalf of *Radclift*, who, he contended, was a ſtranger to the ſuit, and could take no rule in it.

*Emott* ſaid in reply that the motion was really made in the name of *Thompſon*, but that the miſtake was in the entry made by the clerk on the minutes, and muſt be conſidered as his miſpriſion, and ſo could not injure.

*Per Curiam.* It is ſettled in Carthew 173, Clobery vs. the Biſhop of Exon, that the tenant, in a writ of right, is only demandable on the *quarto die poſt;* but that the demandant is liable to be called on the *primo die placiti*, and for non-appearance that his default may be entered, which, if he does not appear and excuſe on the *quarto die poſt*, ſubjects him to a nonſuit. Co. Litt. 139, b. At common law, on every continuance or day given at or before judgment, the plaintiff or demandant might have been nonſuited, and before the Stat. of 2 Henry 4. after verdict, if the Court gave a day to be adviſed, at

that day the plaintiff was demandable and there-fore might have been nonfuited, if he did not then appear; but that is remedied by our Statute. After award to anfwer, however, or demurrer in law joined, plaintiff for not appearing fhall ftill be nonfuit, for he is not helped by the Statute. As to the mifentry of the name, it is to be confidered as the clerk's mifprifion and may be amended.

Judgment of nonfuit.